IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00197-CMA-BNB

STATES RESOURCES CORP., an Iowa corporation,

Plaintiff,

v.

MARK KAUFFMAN, and
CAROL KAUFFMAN,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Vacate Scheduling Conference and Planning Meeting** [docket no. 9, filed April 10, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling/Planning Conference set for **April 17, 2012**, is **VACATED**.

DATED:  April 10, 2012