IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-00197-CMA-BNB

STATES RESOURCES CORP., an Iowa corporation,

Plaintiff,

v.

MARK KAUFFMAN, and
CAROL KAUFFMAN,

Defendants.

_____

**ORDER**

_____

This matter arises on the **Joint Motion to Hold Case In Abeyance Pending Settlement**

**Negotiations** [Doc. # 21, filed 4/26/2012] (the "Joint Motion").

As the result of an extension, the defendants' response to the complaint was due on or

before April 26, 2012.  Rather than respond, the parties filed the Joint Motion.  The Joint Motion

reports that "[t]he parties have been negotiating diligently to determine whether a settlement of

this dispute can be reached" and requests that "the court hold the case, and associated pretrial

deadlines, in abeyance for a 21-day period to provide sufficient time for the parties to conduct

and conclude negotiations."  Joint Motion [Doc. # 21] at ¶¶3-4.

Settlement is encouraged provided the settlement process does not unnecessarily delay

the preparation of a case for trial.  Although I will not "hold the case in abeyance" as the parties

request, I will extend deadlines to allow the parties the requested 21 days to either achieve a

settlement or determine that settlement is not possible at this time.

IT IS ORDERED:

(1)     The Joint Motion [Doc. # 21] is DENIED.

(2)     The defendants may have to and including **May 28, 2012**, within which to answer or otherwise respond to the complaint.

(3)     A scheduling conference is set for **June 12, 2012, at 2:00 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  On or before **June 5, 2012**, counsel shall tender a proposed scheduling order that complies with the requirements of Appendix F, D.C.COLO.LCivR.  The parties shall complete their Rule 26(a)(1) disclosures on or before **June 5, 2012**.

Dated May 1, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge